IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

PAUL RAY BROWN,            )
                           )
    Plaintiff,              )
                           )
v.                          )        1:04CV00909
                           )
JO ANNE B. BARNHART,       )
Commissioner of Social Security,  )
                           )
    Defendant.              )

### J-U-D-G-M-E-N-T

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on November 7, 2005, was served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Plaintiff's motion for judgment reversing the Commissioner [Pleading No. 11] be **DENIED**, that the Commissioner's motion for judgment on the pleadings [Pleading No. 13] be **GRANTED**, that the Commissioner's decision is **AFFIRMED**, and that this action be dismissed with prejudice.

_____
United States District Judge

Date: March 23, 2006